Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

| | |
|---|---|
| **Offender Name:** | RANDY LEE WEIR |
| **Docket Number:** | 1:08CR00320-01 |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 07/20/1998 |
| **Original Offense:** | **Count 1**: 21 USC 846 - Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine (CLASS B FELONY)<br>**Count 2, 3**: 21 USC 846 - Possession with Intent to Distribute Methamphetamine (CLASS C FELONY)<br>**Count 4**: 21 USC 841(a)(1) - Possession with Intent to Distribute Methamphetamine (CLASS B FELONY)<br>**Count 5**: 21 USC 922(G)(1) - Possession of a Firearm by a Felon (CLASS C FELONY) |
| **Original Sentence:** | 192 months BOP; 5 years supervised release; $500 assessment; $500 fine; Mandatory drug testing, (Southern District of Illinois, Docket number 4:97CR40047-001) |
| **Special Conditions:** | 1) The defendant shall participate as directed and approved by the probation officer for treatment of narcotic addiction, drug dependence, or alcohol dependence, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential treatment facility. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 10/12/2007 |
| **Assistant U.S. Attorney:** | Not Assigned |
| **Defense Attorney:** | Federal Defender |

RE:     RANDY LEE WEIR
        Docket Number:   1:08CR00320-1
        **PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

**08/14/2008**:    Non-compliance notification given to the Southern District of Illinois noting that on May 15, 2008, the offender committed the offense of Driving Under the Influence of a Controlled Substance.  In addition, the defendant admitted that he used heroin on four separate occasions between May 2008, and July 2008.  The Court held all action in abeyance on August 26, 2008.

**09/16/2008**:    The Honorable J. Phil Gilbert, U.S. District Judge, Southern District of Illinois, approved transfer of jurisdiction to the Eastern District of California following notification that the offender committed a new offense.

**03/10/2009**:    Court approved no adverse action violation petition alleging positive drug test for the use of cocaine (12/30/2008). Offender's drug and counseling increased and all action was held in abeyance.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

   As directed by the probation officer, the defendant shall participate in a program of mental health treatment.

**Justification:**   On June 3, 2009, the offender provided a drug test which confirmed positive for benzoylecgonine (cocaine).  The offender admitted that he used cocaine while at his work site and attributes his illicit drug use to his decrease of methadone.  This is the second positive test for cocaine, his first being in March of 2009.  The offender stated he is attempting to reduce his methadone intake and continues to struggle with this transition.  The offender reported he does not want to be dependent on methadone and he considers methadone as serious an addiction as his past heroin use. The undersigned spoke with the offender's substance abuse counselor, and he believes

RE:     **RANDY LEE WEIR**
        **Docket Number:   1:08CR00320-1**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

the offender's illicit drug use is directly related to mental health issues.  His counselor recommends that he be assessed by a mental health professional and the offender does not oppose this idea.  The offender's counselor states the offender may have underlying issues and that mental counseling along with medications may help him in his recovery process.  Further, his counselor noted the offender has made some positive strides, such as, maintaining his employment and caring for his family's needs.

Based on the recent illicit drug activity, the undersigned has continued the offender's drug testing at four times per month, he remains in substance abuse counseling at four times per month, and he will be referred for a mental health assessment upon the Court's approval.

The offender is amenable to the requested modification of his conditions.  A signed copy of the "Waiver of Hearing to Modify Conditions of Supervised Release" is attached for the Court's consideration.

                         Respectfully submitted,

                         /s/ Jack C. Roberson

                         **Jack C. Roberson**
                         **United States Probation Officer**
                         Telephone: (559) 499-5732

**DATED:**      July 1, 2009
                Fresno, California


**REVIEWED BY:**     /s/ Hubert J. Alvarez
                     **HUBERT J. ALVAREZ**
                     **Supervising United States Probation Officer**

RE:     **RANDY LEE WEIR**
        Docket Number:   1:08CR00320-1
        **PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   July 7, 2009**                              /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE