DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RANDY LEE WEIR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RANDY LEE WEIR,<br><br>　　　　　Defendant. | NO. 1:08-cr-0320 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE;  ORDER<br><br>Date:  February 22, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for January 25, 2010, **may be continued to February 22, 2010, at 9:00 a.m.**

This reason for the continuance is to permit the probation officer to find an appropriate placement for him. This continuance will conserve time and resources for both parties and the court.

///
///
///
///
///
////
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: January 15, 2010         By:   /s/ Laurel J. Montoya
                                        LAUREL J. MONTOYA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: January 15, 2010         By:    /s/ Ann H. Voris
                                        ANN H. VORIS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Randy Lee Weir
```

IT IS SO ORDERED.

**Dated:   January 15, 2010**            /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE