UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff        )    1:08-CR-00320 OWW
                             )
     v.                      )
                             )
RANDY WEIR                   )
                             )
            Defendant        )    ORDER FOR RELEASE
```

The defendant having been sentenced on 02/22/2010 and credited for time served, he is hereby released from the custody of the United States Marshal as of 02/22/2010.

Dated: February 22, 2010

```
                              /s/ OLIVER W. WANGER
                              OLIVER W. WANGER
                              UNITED STATES DISTRICT COURT JUDGE
```

1