# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**RANDY LEE WEIR**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:08-CR-00320-001** |

Ann Voris
_____
Defendant's Attorney

## THE DEFENDANT:

[✔]    admitted guilt to violation of charges  3 - 6  as alleged in the violation petition filed on  12/21/2010 .

[ ]    was found in violation of condition(s) of supervision as to charge(s)  __  after denial of guilt, as alleged in the violation petition filed on  __ .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The court:  [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on   2/22/2010  .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]    Charges 1,2 & 7  are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

2/28/2011
_____
Date of Imposition of Sentence

/s/ OLIVER W. WANGER
_____
Signature of Judicial Officer

**OLIVER W. WANGER**, United States District Judge
_____
Name & Title of Judicial Officer

3/4/2011
_____
Date

AO 245D-CAED (Rev. 3/04) Judgment in a Criminal Case for Revocation Sheet 1

| CASE NUMBER: | 1:08-CR-00320-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | RANDY LEE WEIR | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
| --- | --- | --- |
| Charge 3 | FAILURE TO PARTICIPATE IN DRUG TESTING AS DIRECTED | 8/20 & 30/2010 |
| Charge 4 | FAILURE TO PARTICIPATE IN COUNSELING APPOINTMENT AS DIRECTED | 8/10,17/2010; 10/26/2010; 11/1,16 & 30/2010; 12/7,14/2010 |
| Charge 5 | UNLAWFUL USE OF CONTROLLED SUBSTANCE | 9/21/2010; 10/20/2010 |
| Charge 6 | FAILURE TO REPORT TO THE PROBATION OFFICER AS DIRECTED | 11/10,16/2010; |

CASE NUMBER:        1:08-CR-00320-001                                    Judgment - Page 3  of  3
DEFENDANT:          RANDY LEE WEIR

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months and 1 day .

[✔]    The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____    to    _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By    _____
Deputy U.S.  Marshal